# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARQUEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>I. QUINTERO, et al.,<br><br>                Defendants.<br>_____ / | CASE NO. 1:10-cv-01965-BAM PC<br><br>ORDER PERMITTING PLAINTIFF OPPORTUNITY TO FILE OPPOSITION IN LIGHT OF SEPARATELY-ISSUED MOTION TO DISMISS NOTICE<br><br>THIRTY DAY DEADLINE |

Plaintiff Anthony Marquez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Quintero and Horban for deliberate indifference in violation of the Eighth Amendment. On April 6, 2012, Defendant Horban filed a motion to dismiss for failure to exhaust administrative remedies.

In light of the recent decision in <u>Woods v. Carey</u>, Nos. 09-15548, 09-16113, 2012 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the requirements for opposing a motion to dismiss for failure to exhaust at the time the motion is brought and the notice given in this case some three months prior does not suffice. <u>Id.</u>

By separate order issued concurrently with this order, the Court provided the requisite notice. Having been provided with the required notice, Plaintiff shall be granted an opportunity to file an opposition to the motion to dismiss.

///
///
///

1  Accordingly, it is HEREBY ORDERED that:

2  1.  Plaintiff may, within **thirty (30) days** from the date of service of this order, file an
3  opposition to Defendant Horban's motion to dismiss.

5  IT IS SO ORDERED.

6  Dated:   **July 12, 2012**              /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE