# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>I. QUINTERO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01965-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION TO MOTION TO DISMISS<br><br>(ECF No. 17)<br><br>ORDER DIRECTING CLERK OF THE COURT TO UPDATE PLAINTIFF'S ADDRESS<br><br>THIRTY-DAY DEADLINE |

      Plaintiff Anthony Marquez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2012, an amended second informational order was issued, and Plaintiff was granted an opportunity to file an opposition to Defendant's motion to dismiss. (ECF Nos. 15, 16.) On August 13, 2012, Plaintiff filed a motion entitled "notice of motion to amend initial complaint an [sic] augmentation of the record for an additional request of an enlargement of time due to good cause demonstrated and circumstances beyond Plaintiff['s] control." (ECF No. 17.)

      Upon review of the motion, Plaintiff states that he did not receive the July 13, 2012, order until August 6, 2012, because he had been transferred to California Mens' Colony, East State Prison, Highway 1, P.O. Box 8101, San Luis Obispo, California 93409-8101. Plaintiff requests a thirty day extension of time to file an opposition to Defendant's motion to dismiss. The Court finds good cause to grant Plaintiff's motion for an extension of time to file an opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss is granted;

2. Within **thirty (30) days** from the date of service of this order, may file an opposition to Defendant Horban's motion to dismiss; and

3. The Clerk's Office is directed to update Plaintiff's address.

IT IS SO ORDERED.

Dated:   **August 16, 2012**                              **/s/ Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE