IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARQUEZ,

       Plaintiff,

   vs.

I. QUINTERO, et al,

       Defendants.

_____/

1:10-cv-01965-BAM (PC)

ORDER GRANTING PLAINTIFF'S
SECOND MOTION TO EXTEND TIME TO
FILE OPPOSITION IN RESPONSE TO
ORDER

(ECF No. 20)

THIRTY-DAY DEADLINE

     Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Defendants filed a motion to dismiss on April 6, 2012.  In light of the decision in <u>Woods v. Carey</u>, 684 F.3d 934, 939 (9th Cir. 2012), Plaintiff was issued an amended notice of the requirements for opposing a motion to dismiss and granted thirty days within which to file an opposition.   On August 16, 2012, Plaintiff was granted an extension of time to file an opposition.  On September 17, 2012, plaintiff filed a second motion for an extension of time.  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition.

   IT IS SO ORDERED.

Dated:   **September 18, 2012**          _____ **/s/ Barbara A. McAuliffe** _____

                             UNITED STATES MAGISTRATE JUDGE