1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY MARQUEZ,                          1:10-cv-01965-BAM (PC)

12              Plaintiff,                       ORDER GRANTING PLAINTIFF'S
                                                 SECOND MOTION TO EXTEND TIME TO
13         vs.                                   FILE OPPOSITION IN RESPONSE TO
                                                 ORDER
14    I. QUINTERO, et al,
                                                 (ECF No. 20)
15              Defendants.
                                                 THIRTY-DAY DEADLINE
16    _____/

17            Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18    1983.  Defendants filed a motion to dismiss on April 6, 2012.  In light of the decision in Woods

19    v. Carey, 684 F.3d 934, 939 (9th Cir. 2012), Plaintiff was issued an amended notice of the

20    requirements for opposing a motion to dismiss and granted thirty days within which to file an

21    opposition.   On August 16, 2012, Plaintiff was granted an extension of time to file an

22    opposition.  On September 17, 2012, plaintiff filed a second motion for an extension of time.

23    GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

24            Plaintiff is granted thirty (30) days from the date of service of this order in which to file

25    an opposition.

26            IT IS SO ORDERED.

27    Dated:    September 18, 2012          _____ /s/ Barbara A. McAuliffe _____

28                                          UNITED STATES MAGISTRATE JUDGE